IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF STACY ENID LEBOW SIEGEL TO THE BAR OF MARYLAND

\* IN THE

\* SUPREME COURT

\* OF MARYLAND

\* AG No. 7

\* September Term, 2025

# O R D E R

Upon consideration of the petition for reinstatement and Bar Counsel's consent to the petition for reinstatement, it is this 19th day of September 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Stacy Enid Lebow Siegel is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

\* Justice Eaves did not participate in the consideration of this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk